IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID DELOCK, ALISHA
MEREDITH, ERIC MOTLEY,
STEPHEN CARLSON, DEBORAH
GOLDHORN, JOHNNY BROWN,
BOBBY WALKER, TIMOTHY PIERCE,
BRIAN PEASE, CHRIS WILSON,
NICHOLE LEDFORD, and BRIAN
HATHAWAY, all individually and on
behalf of others similarly situated                                           PLAINTIFFS


v.                                       Case No. 4:11-cv-520-DPM


SECURITAS SECURITY SERVICES
USA, INC. and SECURITAS SERVICES,
INC.                                                                          DEFENDANTS


ORDER

Plaintiffs' motion for a temporary restraining order and a preliminary injunction, *Document No. 2*, is denied without prejudice. Lack of verification alone bars the TRO. FED. R. CIV. P. 65(b)(1)(A). Further, the Court is not convinced that a request for an interview — one coupled with a promise of no retaliation and one that can be refused — justifies injunctive relief. The Court

suggests that the case would benefit from some prompt cooperation between counsel.

So Ordered.

*signature*
_____
D.P. Marshall Jr.
United States District Judge

5 July 2011