IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID DELOCK ET AL.                                                                    PLAINTIFFS

vs.                                    Case No. 4-11-CV-520 DPM

SECURITAS SECURITY SERVICES USA, INC., and
SECURITAS SERVICES, INC.                                                              DEFENDANTS

**JOINT MOTION TO DISMISS WITH PREJUDICE, TO KEEP SETTLEMENT AGREEMENTS UNDER SEAL, AND FOR APPROVAL OF THE SETTLEMENT**

Plaintiffs David Delock, Alisha Meredith, Eric Motley, Stephen Carlson, Deborah Goldhorn, Johnny Brown, Bobby Walker, Timothy Pierce, Brian Pease, Chris Wilson, Nichole Ledford, Brian Hathaway, and Steve Bucker ("Plaintiffs") and Defendants Securitas Security Services USA, Inc. and Securitas Services, Inc. (collectively "Securitas") (collectively "the Parties") file this Joint Motion to Dismiss With Prejudice, To Keep Settlement Agreements Under Seal, And For Approval Of The Settlement, and for their motion state as follows:

1. On June 28, 2011, Plaintiffs filed their Original Complaint against Securitas, seeking relief under the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA") and for unjust enrichment, both individually and on behalf of others similarly situated.

2. On October 8, 2012, the parties stipulated that the Original Complaint may be amended and/or supplemented to add Steve Bucker as an additional party plaintiff.

3. The Parties continue to dispute the amount of overtime wages and other relief due to the Plaintiffs (if any), and the Court has directed that Plaintiffs must pursue their claims in individual arbitration. *See* Orders (Doc. Nos. 57, 62). However, the Parties have determined that their interests are best served by the settlement of this action and have entered into an agreement which resolves all issues before the Court between Plaintiffs and Securitas.

4. The Parties desire to resolve this litigation, and in doing so do not concede the truth or falsity of any allegation of fact made in the pleadings in this matter, nor do they concede the correctness or applicability of any legal theory of recovery or defense asserted in this matter.

5. In furtherance of the Parties' mutual desire to resolve their dispute without further litigation between them, they have entered into Confidential Settlement Agreements and General Releases (the "Agreements"), attached hereto as collective Exhibit A and filed conventionally under seal pursuant to the Court's direction. The primary purpose of this Motion is to request the Court's approval of the Agreements in accordance with the requirements of the FLSA.

6. The Parties agree that the Agreements were the product of arm's length negotiations. They further agree that the Agreements constitute a full and fair settlement of all claims raised by Plaintiffs in this matter and that could be raised by all Plaintiffs in this matter and that the Agreements' terms are fair, reasonable, and adequate. The Agreements are intended to and will extinguish all of the claims Plaintiffs have raised in this matter and could raise in this matter.

7. As a result of the Eleventh Circuit's decision in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), parties settling claims under the FLSA have long believed that court approval is required. The Fifth Circuit, however, recently distinguished *Lynn's Food Stores* and rejected its application to a private agreement where, as here, the plaintiffs knew of their FLSA rights and had legal counsel prior to signing the settlement agreement. *Martin v. Spring Break '83 Prods., LLC*, 688 F.3d 247 (5th Cir. 2012). The Eighth Circuit has not expressly adopted either approach, but this Court has applied *Lynn's Food Stores*, at least prior to the decision in *Martin*. *See Hollomon v. AT&T Mobility Servs., LLC*, 4:11-cv-00600 BRW, 2012 U.S. Dist. LEXIS 66158, at *1 n.1 (E.D. Ark. May 11, 2012); *Brown v. L & P Indus.*, No. 5:04CV0379 JLH, 2005 U.S. Dist. LEXIS 39920, at *23-24 (E.D. Ark. Dec. 21, 2005). The parties therefore seek court approval out of an abundance of caution.

8. The Parties represent to the Court that the Agreement: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiffs' claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiffs' claims for liability and damages be fully and finally resolved and not relitigated in whole or in part at any point in the future.

9. The requirement that the details of the settlement be kept confidential was a key component of the Parties' agreement to settle this matter. The Parties agree that, without the agreement from Plaintiffs and Plaintiffs' counsel to keep the terms of settlement confidential, the settlement provided for would not have occurred. Accordingly, in the present Joint Motion, the Parties request that the Court: (1) keep the Agreements under seal; or (2) review the Agreements *in camera* and approve them without making them a matter of public record.

10. In support of this motion, the Parties submit the contemporaneously filed supporting brief, which is incorporated herein by reference.

WHEREFORE, the Parties jointly request that this Court: (1) keep the Agreements under seal or, alternatively, review them *in camera*; (2) approve the proposed settlement; and (3) enter an Order dismissing this matter with prejudice.

/s/ Josh Sanford
Josh Sanford (2001037)
Anne Milligan (2010263)
Sanford Law Firm, PLLC
One Financial Center
650 S. Shackleford, Suite 400
Little Rock, AR  72211
Telephone:  501.221.0088
Fax:  888.787.2040
josh@sanfordlawfirm.com
anne@sanfordlawfirm.com

Attorneys for Plaintiffs

/s/ Eva C. Madison
Eva C. Madison (98183)
Littler Mendelson, P.C.
3739 Steele Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone:  479.582.6100
Fax:  479.582.6111
emadison@littler.com

        J. Kevin Lilly (admitted *pro hac vice*)
        William J. Emanuel (admitted *pro hac vice*)
        Littler Mendelson, P.C.
        2049 Century Park East, 5th Floor
        Los Angeles, California 90067.3107
        Telephone: 310.553.0308
        Fax:  310.553.5583
        klilly@littler.com
        wemanuel@littler.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Josh Sanford – josh@sanfordlawfirm.com
    Anne Milligan – anne@sanfordlawfirm.com
    Vanessa Kinney – vanessa@sanfordlawfirm.com
    Sanford Law Firm, PLLC
    One Financial Center
    650 S. Shackleford, Suite 400
    Little Rock, AR  72211

        /s/ Eva C. Madison

Firmwide:114079770.1 056919.1039