IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID DELOCK; ALISHA
MEREDITH; ERIC MOTLEY;
STEPHEN CARLSON; DEBORAH
GOLDHORN; JOHNNY BROWN;
BOBBY WALKER; TIMOTHY PIERCE;
BRIAN PEASE; CHRIS WILSON;
NICHOLE LEDFORD; BRIAN
HATHAWAY; and STEVE BUCKER,
all individually and on behalf of others
similarly situated                                                                    PLAINTIFFS

v.                               No. 4:11-cv-520-DPM

SECURITAS SECURITY SERVICES
USA, INC. and SECURITAS SERVICES,
INC.                                                                                   DEFENDANTS

ORDER

Last month the parties filed a joint motion to dismiss this case with prejudice, keep the settlement agreement under seal, and for approval of the settlement. *Document No. 65.* The Court's Memorandum Opinion of 16 November 2012 stated its intention "to give final approval and unseal the settlement documents promptly on 30 November 2012 unless the parties advise the Court before then that making the details public means there is no settlement and the cases should therefore stay on the docket for adjudication."

*Document No. 70.* The parties have not objected. Their motion, *Document No. 65*, is therefore granted in part and denied in part. The Court approves the settlement agreement and orders the settlement documents, *Document No. 67*, unsealed. The complaint in this case is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 November 2012