## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID DELOCK; ALISHA
MEREDITH; ERIC MOTLEY;
STEPHEN CARLSON; DEBORAH
GOLDHORN; JOHNNY BROWN;
BOBBY WALKER; TIMOTHY PIERCE;
BRIAN PEASE; CHRIS WILSON;
NICHOLE LEDFORD; BRIAN
HATHAWAY; and STEVE BUCKER,
all individually and on behalf of others
similarly situated                                          PLAINTIFFS

v.                          No. 4:11-cv-520-DPM

SECURITAS SECURITY SERVICES
USA, INC. and SECURITAS SERVICES,
INC.                                                        DEFENDANTS


## ORDER

Last month the parties filed a joint motion to dismiss this case with

prejudice, keep the settlement agreement under seal, and for approval of the

settlement. *Document No. 65.* The Court's Memorandum Opinion of 16

November 2012 stated its intention "to give final approval and unseal the

settlement documents promptly on 30 November 2012 unless the parties

advise the Court before then that making the details public means there is no

settlement and the cases should therefore stay on the docket for adjudication."

*Document No. 70.* The parties have not objected. Their motion, *Document No. 65,* is therefore granted in part and denied in part. The Court approves the settlement agreement and orders the settlement documents, *Document No. 67,* unsealed. The complaint in this case is dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

30 November 2012

2