IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID DELOCK; ALISHA
MEREDITH; ERIC MOTLEY;
STEPHEN CARLSON; DEBORAH
GOLDHORN; JOHNNY BROWN;
BOBBY WALKER; TIMOTHY PIERCE;
BRIAN PEASE; CHRIS WILSON;
NICHOLE LEDFORD; BRIAN
HATHAWAY; and STEVE BUCKER,
all individually and on behalf of others
similarly situated                                                          PLAINTIFFS

v.                                    No. 4:11-cv-520-DPM

SECURITAS SECURITY SERVICES
USA, INC. and SECURITAS SERVICES,
INC.                                                                         DEFENDANTS

JUDGMENT

The Plaintiffs' claims in this case are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 November 2012